AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gordon, Leo M. | U.S. Court of Int'l Trade | 5/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of International Trade Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Court of Int'l Trade
One Federal Plaza
New York, NY 10278-0001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Governor & President | Newark Academy Alumni Ass'n Board of Governors - Livingston, NJ |
| 2. | Trustee | Newark Academy Board of Trustees - Livingston, NJ |
| 3. | Member | Emory Law Advisory Board - Atlanta, GA |
| 4. | Member | Emory Law Alumni Board - Atlanta, GA |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 5/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | - Teaching - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgetown University Law Center | 3/1/11-3/4/11 | Washington, DC | CLE Seminar | Transportation, lodging, and meals |
| 2. | New York Intellectual Property Lawyers Association | 3/25/11-3/26/11 | New York, NY | Bar Association Dinner | Transportation and meals |
| 3. | National Customs Brokers and Forwarders Assoc. of America | 4/3/11-4/4/11 | Phoenix, AZ | Judging Mock Trail Program at NCBFAA Conference | Transportation, lodging, and meals |
| 4. | Georgetown University Law Center | 5/17/11 | Washington, DC | Georgetown ITU 2012 Planning Committee Meeing | Transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gordon, Leo M. | 5/14/2012 |

| | | | | |
|---|---|---|---|---|
| 5. | U.S. - Russia Foundation | 5/17/11-5/23/11 | Edgewater, MD | Rule of Law Project on Customs Law and Judicial Review in Custom Cases in Russia | Transportation, lodging, and meals |
| 6. | U.S. Chamber of Commerce in Russia | 5/17/11-5/23/11 | Moscow, RU | Rule of Law Project on Customs Law and Judicial Review in Custom Cases in Russia | Meals |
| 7. | Georgetown University Law Center | 6/13/11 | Washington, DC | Georgetown ITU 2012 Planning Committee Meeting | Transporation |
| 8. | Georgetown University Law Center | 8/12/11 | Washington, DC | Georgetown ITU 2012 Planning Committee Meeting | Transportation and meals |
| 9. | Emory University School of Law | 10/16/11-10/17/11 | Atlanta, GA | Judging Finals of Emory Law School's Civil Rights & Liberties Moot Court Competition | Transportation, lodging, and meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Sallie Mae Servicing | Student Loans | K |
| 3. | Jerome Smith | Personal Loan | None |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Verizon Communications - Common Stock | A | Dividend | J | T | | | | | |
| 2.  AGE Bank Deposit Program - Wells Fargo Bank, N.A. | A | Interest | | | Sold | 11/2/11 | J | A | |
| 3.  ML Bank Deposit Program (x) - Wells Fargo Bank, N.A. | A | Interest | J | T | Buy | 11/3/11 | J | | |
| 4.  AGE Bank Deposit Program - Wells Fargo Bank, N.A. | A | Interest | | | Sold | 11/2/11 | J | A | |
| 5.  ML Bank Deposit Program (x) - Wells Fargo Bank, N.A. | A | Interest | J | T | Buy | 11/3/11 | J | | |
| 6.  Franklin Templeton - Temp Class A - World Fund - Mutual Fund | A | Dividend | K | T | | | | | |
| 7.  Invesco VanKampen Amer. Cap. High Yield Mun. F - Mutual Fund | B | Dividend | K | T | | | | | |
| 8.  Disney - Common Stock | A | Dividend | J | T | | | | | |
| 9.  Valley Nat'l Savings Bank - Savings Account | A | Interest | J | T | | | | | |
| 10. ING Security Life - Whole Life Insurance Policy | A | Interest | J | T | | | | | |
| 11. Apple - Common Stock | | None | K | T | | | | | |
| 12. Visa Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 13. Stonebridge Life Ins. Co. - Whole Life Ins. Policy | A | Interest | J | T | | | | | |
| 14. Portage Minerals Inc. | | None | J | T | | | | | |
| 15. Bank of America - Savings Acct. | A | Interest | J | T | | | | | |
| 16. Estate # 1 | D | Int./Div. | O | T | | | | | |
| 17. U.S. Treasury EE Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - AGE Bank Deposit Program - Wells Fargo Bank, N.A. | | | | | | | | | |
| 19. - NFJ Div. Inc. & Prem. Strategy - Fund - Mut. Fund | | | | | | | | | |
| 20. - Nuveen Quality Preferred Income Fund - Mut. Fund | | | | | | | | | |
| 21. - GNMA - Bonds | | | | | | | | | |
| 22. - Fed. Home Loan Mtg. Corp. - Bonds | | | | | | | | | |
| 23. - Franklin Templeton - High Inc. Tr. Fnd - Class A - Mut.Fnd | | | | | | | | | |
| 24. - Franklin Templeton - European Fund - Class Z - Mut. Fund | | | | | | | | | |
| 25. - Amer. Funds - Wash. Mut. Investors Fnd - Class A - Mut Fnd | | | | | | | | | |
| 26. IRA #1 | C | Int./Div. | L | T | | | | | |
| 27. - AGE Bank Deposit Program - Wells Fargo Bank, N.A. | | | | | | | | | |
| 28. -Calamos Investment Trust New Convertible Fund - Mutual Fund | | | | | | | | | |
| 29. - Calamos Investment Trust New Growth Fund - Mutual Fund | | | | | | | | | |
| 30. - Kinetics Mutual Fund Inc - Paradigm Fund - Mutual Fund | | | | | | | | | |
| 31. - WHV Int'l Equity Fund - Class 1 - Mutual Fund | | | | | | | | | |
| 32. -Pimco Real Return - Bond | | | | | Sold (part) | 10/14/11 | J | A | |
| 33. -Wells Fargo Advantage Emerging Markets- Equity Fund Mut Fund | | | | | | | | | |
| 34. U.S. Treasury HH Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Estate #2 (X) | B | Int./Div. | L | T | | | | | |
| 36. - General Motor-Bonds | | | | | | | | | |
| 37. - Goldman Sachs Group - Global Bonds | | | | | Sold | 11/2/11 | J | A | |
| 38. - FNMA | | | | | Sold | 11/2/11 | J | A | |
| 39. - GNMA | | | | | Sold | 11/2/11 | K | A | |
| 40. - AT&T Inc. - Common Stock | | | | | Sold | 11/2/11 | J | A | |
| 41. - AGE Bank Deposit Program - Well Fargo Bank, NA | | | | | Sold (part) | 10/11/11 | J | C | |
| 42. - Wells Fargo Advantage Global D Mutual Fund | | | | | Sold | 11/2/11 | J | A | |
| 43. - JP Morgan Chase 7% Cap X - Fixed Rate Security | | | | | Sold | 11/2/11 | K | A | |
| 44. - Wells Fargo Co. - Series J - Fixed Rate Security | | | | | Sold | 11/2/11 | J | A | |
| 45. - Public Service Enterprise Group - Common Stock | | | | | Sold | 11/2/11 | J | A | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gordon, Leo M. | 5/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Ln 32 - There was an error in the spelling of this bond on last year's report. The correct spelling is Pimco not Pimeo.

Ln 34 - This investment was inadvertently included within IRA #1 on last year's report. It is a separate investment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Leo M. Gordon

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544